From: "American Recovery Services, Inc." <support@citlemail.arsigroup.com>
Date: October 13, 2022 at 2:06:51 PM EDT
To: ▮
Subject: Dileep, new information regarding your CitiBank account



## Let's work together to resolve your CitiBank account

Creditor Name: CITIBANK, N.A., MY BEST BUY VISA PLATINUM
Our Reference #: ▮
Creditor Account Ending In: 5296
Account Balance: $2,972.75

Dear Dileep,

**ARSI is a debt collector.** This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose..

| Our Information shows: | |
|---|---|
| You had an account from CITIBANK, N.A., MY BEST BUY VISA PLATINUM with an account number ending in 5296 | |
| As of July 30, 2020 you owed: | $2,972.75 |
| Between July 30, 2020 and today: | |
| You were charged this amount in interest: | + $0.00 |

EXHIBIT B

| | |
|---|---|
| You were charged this amount in fees | + $0.00 |
| You paid or were credited this amount toward this debt: | - $0.00 |
| Total amount of the debt now: | $2,972.75 |

How can you dispute the debt?

- **Call or write to us by November 17, 2022, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by November 17, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may write to us at the address below.

What else can you do:

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by November 17, 2022, we must stop collection until we send you that information. We accept disputes electronically at www.arsiwebpay.com/disputes or by clicking the dispute options below.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Pongase en contacto con mosotros para solicitor una copia de este formulario en espanol.

How do you want to respond?

- I want to dispute the debt because I think:
    - This is not my debt
    - The amount is wrong.
    - Other (please describe in full on our website)
- I want you to send me the name and address of the original creditor.
- I want to make a payment on the website.

Sincerely,

AMERICAN RECOVERY SERVICE INCORPORATED
A Firstsource Company


View My Account


Unsubscribe: If you wish to unsubscribe from receiving collection emails about this account, click here to remove this address.

Contact Us

By Phone: 866-547-2774

Hours of Operation: Monday-Friday 7am-4pm Pacific Time.

Our Address: 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360

**State Level Disclosures**

Notice: This E-mail and any attachments to it are intended only for the individual or entity to which it is addressed, and may contain information that is privileged, confidential, or exempt or prohibited from further disclosure under applicable law. The disclosure, distribution or other use of the E-mail or any portion of its contents without the express authorization of the sender is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately. Thank you.

### CONSUMER NOTICES

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

### ADDITIONAL NOTICES

**CALIFORNIA ONLY:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**FOR COLORADO RESIDENTS ONLY:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. Our Colorado office is located at: 1776 S Jackson St. #900 Denver, CO 80210. The phone number is 720-287-8678.

**MAINE:** Our operating hours are weekdays from 7:00 a.m. to 4:00 p.m. Pacific Time. Phone: 866-547-2774

**ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS:**

**MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS. You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector. You may contact our agency weekdays between the hours of 7 a.m. and 4 p.m. Pacific Time. Phone: 866-547-2774.

**MINNESOTA:** This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY:** New York City Department of Consumer Affairs License Number: 1254627.

American Recovery Service Incorporated conducts its business in English and does not offer any foreign language access services. Translation and description of common debt collection terms is available in multiple languages on the DCA's website, www.nyc.gov/dca

For NYC Resident CITI customers only, American Recovery Service Incorporated offers the following:

- collection letters in Spanish;
- customer service representatives who collect or attempt to collect debt in Spanish;
- any communication between the consumer and ARSI translated into Spanish.

**NEW YORK CITY:** Debt collectors, in accordance with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited

to:

(1) the use or threat of violence;

(2) the use of obscene or profane language; and

(3) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds;
11. Ninety percent of your wages or salary earned in the last sixty days.

NOTICE: You may request communications in an alternate format to accommodate your needs. Please contact us at 888-395-2774.

NORTH CAROLINA: This collection agency is licensed by the North Carolina Collection Agency Board, permit number 518006461.

TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.