Gmail                                                               Steven Halbert <shalbertlaw@gmail.com>

**Dileep Manchikalapudi (ref No.** ▮▮▮▮▮
1 message

Steven Halbert <shalbertlaw@gmail.com>                                    Mon, Oct 17, 2022 at 9:54 AM
To: support@citiemail.arsigroup.com
Bcc: Dileep Manchikalapudi

I represent Dileep in connection with your debt collection efforts for Citibank/Best Buy. On behalf of my client I am informing you that he disputes the debt and demands that you provided me with verification of the debt. All communication regarding this debt must take place through my office

I have written several letters to Citibank about this account offering to discuss a settlement. Citibank was aware of my representation of Dileep so I am surprised that you contacted him directly about this matter since my representation should have been in the file you received from Citibank

After providing verification, if you wish to discuss a resolution of this account please contact me.

Steven J. Halbert
Attorney at Law
9465 Counselors Row, Suite 200
Indianapolis, IN  46240
Phone (317) 805-4717
FAX  (317) 732-7511
www.halbertbankruptcylaw.com

EXHIBIT
C



Steven Halbert <shalbertlaw@gmail.com>

## Re Dileep ManchiKalapudi
1 message

**Steven Halbert** <shalbertlaw@gmail.com>
To: support@citiemail.arsigroup.com

Mon, Oct 17, 2022 at 11:09 AM

I just got off the phone with Ronna Cesare of your office. I again informed her of my representation of the above referenced client and the dispute of the debt. She stated that someone would get back to me in the next few days.

Steven J. Halbert
Attorney at Law
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
Phone (317) 805-4717
FAX (317) 732-7511
www.halbertbankruptcylaw.com