Begin forwarded message:

From: "American Recovery Services, Inc." <support@citiemail.arsigroup.com>
Date: December 5, 2022 at 4:05:51 PM EST
To: email
Subject: Dileep, we want to hear from you



## Dileep, you'll love how easy this is!



https://mail.google.com/mail/u/0/?ik=9cc797c463&view=pt&search=all&permthid=thread-f%3A1751411016346126755%7Cmsg-f%3A1751411016346...   1/4



Creditor: CITIBANK, N.A.

Account Last Four: 5296 | Current Balance: $2,972.75

Dileep,

We want to help you resolve your outstanding balance of $2,972.75. This is as easy as:

- Click the link below
- Choose the plan that you like the most
- Enter your payment information

We'll take care of the rest!

We previously sent you an email advising you that your account has been placed with us for collection and advising you of rights available to you, including your right to dispute the debt. Nothing in this correspondence alters or in any way affects your rights as provided by applicable law as stated to you in those communications.

Resolve My Balance

  

By Phone: 866-547-2774
Our Hours: Mon. - Fri.
from 7am - 4pm Pacific Time

**Our Address:**
555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360

If you wish to **unsubscribe**, please click on the above icon

**State Level Disclosures**

Notice: This E-mail and any attachments to it are intended only for the individual or entity to which it is addressed, and may contain information that is privileged, confidential, or exempt or prohibited from further disclosure under applicable law. The disclosure, distribution or other use of the E-mail or any portion of its contents without the express

*authorization of the sender is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately. Thank you.*

## CONSUMER NOTICES

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## ADDITIONAL NOTICES

**CALIFORNIA ONLY**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**FOR COLORADO RESIDENTS ONLY**: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/. Our Colorado office is located at: 1776 S Jackson St. #900 Denver, CO 80210. The phone number is 720-287-8678.

**MAINE**: Our operating hours are weekdays from 7:00 a.m. to 4:00 p.m. Pacific Time. Phone: 866-547-2774.

**ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS:**

**MASSACHUSETTS**: NOTICE OF IMPORTANT RIGHTS You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector. You may contact our agency weekdays between the hours of 7 a.m. and 4 p.m. Pacific Time. Phone: 866-547-2774.

**MINNESOTA**: This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY**: New York City Department of Consumer Affairs License Number: 1254627.

American Recovery Service Incorporated conducts its business in English and does not offer any foreign language access services. Translation and description of common debt collection terms is available in multiple languages on the DCA's website, www.nyc.gov/dca

For NYC Resident CITI customers only, American Recovery Service Incorporated offers the following:

- collection letters in Spanish;
- customer service representatives who collect or attempt to collect debt in Spanish;
- any communication between the consumer and ARSI translated into Spanish.

**NEW YORK CITY**: Debt collectors, in accordance with the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(1) the use or threat of violence;

(2) the use of obscene or profane language; and

(3) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds;
11. Ninety percent of your wages or salary earned in the last sixty days.

NOTICE: You may request communications in an alternate format to accommodate your needs. Please contact us at 866-547-2774.

**NORTH CAROLINA:** This collection agency is licensed by the North Carolina Collection Agency Board, permit number 119501664.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**WISCONSIN:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.